EDWARDS ANGELL PALMER & DODGE LLP
Robert Novack, Esq. (RN4514)
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

ORCHID ISLAND TRS, LLC, (formerly
known as Opteum Financial Services, LLC);
and BIMINI CAPITAL MANAGEMENT,
INC. (formerly known as Opteum Inc.)

      Plaintiffs,

v.

INDYMAC BANCORP, INC. and
INDYMAC BANK, F.S.B.,

      Defendants.

------------------------------------------------

Index No:

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Orchid Island TRS, LLC (formerly known as Opteum Financial Services, LLC), a Delaware limited liability company, and Bimini Capital Management, Inc. (formerly known as Opteum Inc.), a Maryland corporation, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Orchid Island TRS, LLC ("Orchid") is a majority-owned subsidiary of Bimini Capital Management, Inc. ("Bimini"), a publicly held real estate investment trust; and

2. The members of Orchid are Bimini, a Maryland corporation, and Citigroup Global Markets Realty Corp., a New York corporation.

EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiffs

By: _____
Robert Novack (RN4514)

Dated: October 25, 2007