EDWARDS ANGELL PALMER & DODGE LLP
Robert Novack (RN4514)
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORCHID ISLAND TRS, LLC (formerly known as Opteum Financial Services, LLC) and BIMINI CAPITAL MANAGEMENT, INC. (formerly known as Opteum Inc.)<br><br>               Plaintiffs,<br>v.<br><br>INDYMAC BANCORP, INC. and INDYMAC BANK, F.S.B.<br><br>               Defendants. | Civil Action No. 07cv 9550<br><br>ACKNOWLEDGEMENT OF SERVICE OF SUMMONS AND COMPLAINT ON BEHALF OF DEFENDANT INDYMAC BANK, F.S.B |

Service of the annexed Summons and Complaint upon Defendant IndyMac Bank, F.S.B. is hereby acknowledged as of this 31st day of October 2007.

ALSTON & BIRD LLP
One Atlantic Center
1201 Peachtree Street
Atlanta, GA 30309-3424

By: _____
Erin L. Connolly

Dated: October 31, 2007

JUDGE STANTON

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Orchid Island TRS, LLC and Bimini Capital Management, Inc.

V.

IndyMac Bancorp, Inc. and IndyMac Bank F.S.B.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 9550**

TO: (Name and address of Defendant)

IndyMac Bank, F.S.B.
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWARDS ANGELL PALMER & DODGE LLP
Robert Novack, Esq.
750 Lexington Avenue
New York, NY 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    OCT 2 5 2007
CLERK                                  DATE

(BY) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                             *Signature of Server*

                             _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.