IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORCHID ISLAND TRS, LLC (formerly known as Opteum Financial Services, LLC) and BIMINI CAPITAL MANAGEMENT, INC. (formerly known as Opteum, Inc.)<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>INDYMAC BANCORP, INC., and INDYMAC BANK, F.S.B.,<br><br>　　　　　Defendants. | Civil Action No. 07-CIV-9550 |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants IndyMac Bancorp, Inc. ("IndyMac") and IndyMac Bank, F.S.B. ("IndyMac Bank") (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 7.1 and other applicable law, hereby files its Corporate Disclosure Statement and shows the Court as follows:

1.

IndyMac Bancorp, Inc. does not have a parent corporation.

2.

IndyMac Bancorp, Inc. is the parent corporation of IndyMac Bank, F.S.B.

3.

IndyMac Bank, F.S.B. is a wholly-owned subsidiary of IndyMac Bancorp, Inc., which is a public corporation. There are no publicly held companies that own ten percent or more of IndyMac Bancorp, Inc.'s stock other than NWQ Investment Management Company, LLC.

LEGAL02/30607414v1

- 2 -

Defendants will supplement this Corporate Disclosure Statement within a reasonable time if any change to the foregoing occurs.

Submitted this 20th day of November 2007.

By: /s Michael E. Johnson
Michael E. Johnson (MJ 0299)

**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
212-210-9400

Counsel for Defendants