SCANNED ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORCHID ISLAND TRS, LLC (formerly
known as Opteum Financial Services, LLC)
and BIMINI CAPITAL MANAGEMENT,
INC. (formerly known as Opteum, Inc.)

    Plaintiffs,

v.

INDYMAC BANCORP, INC., and
INDYMAC BANK, F.S.B.,

    Defendants.

Civil Action No. 07-CIV-9550-LLS

MOTION ON CONSENT TO ADMIT
COUNSEL PRO HAC VICE

---

   Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, and with the consent of all parties, I, Michael E.

Johnson, a member in good standing of the bar of this Court, hereby move for an Order allowing

the admission *pro hac vice* of

      Erin L. Connolly
      Alston & Bird LLP
      1201 West Peachtree Street
      Atlanta, Georgia 30309-3424
      Phone: (404) 881-7393
      Fax: (404) 253-8555

Erin L. Connolly is a member in good standing of the Bar of the State of Georgia.

*[handwritten]* Granted. No opposition. So Ordered. Louis L. Stanton 1/25/08

*[stamp]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/25/08

There are no pending disciplinary proceedings against Erin L. Connolly in any state or federal court.

Submitted this ___ day of January 2008.

By: _____

Michael E. Johnson (MJ 0299)

**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9400
Fax: (212) 922-3884