USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORCHID ISLAND TRS, LLC (formerly known as Opteum Financial Services, LLC) and BIMINI CAPITAL MANAGEMENT, INC. (formerly known as Opteum Inc.)

Plaintiffs,

v.

INDYMAC BANCORP, INC. and INDYMAC BANK, FSB,

Defendants.

07 Civ. 9550 (LLS)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

Upon the motion of Robert Novack, attorney for Plaintiffs Orchid Island TRS, LLC (f/k/a Opteum Financial Services, LLC) and Bimini Capital Management, Inc. (f/k/a Opteum Inc.), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Mary L. Moore
Edwards Angell Palmer & Dodge LLP
One Giralda Farms
Madison, NJ 07940
P: (973) 520-2300
F: (973) 520-2600
mmoore@eapdlaw.com

is admitted to practice *pro hac vice* as counsel for the Plaintiffs Orchid Island TRS, LLC (f/k/a Opteum Financial Services, LLC) and Bimini Capital Management, Inc. (f/k/a Opteum Inc.), in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

NWK 211862.1

- 2 -

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, NY
       May 2, 2008

                                              _Louis L. Stanton_
                                              United States District/~~Magistrate Judge~~

-2-