IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORCHID ISLAND TRS, LLC (formerly known as Opteum Financial Services, LLC) and BIMINI CAPITAL MANAGEMENT, INC. (formerly known as Opteum, Inc.)<br><br>      Plaintiffs,<br><br>v.<br><br>INDYMAC BANCORP, INC., and INDYMAC BANK, F.S.B.,<br><br>      Defendants. | Civil Action No. 07-CIV-9550 |

**JOINT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER GOVERNING
CONFIDENTIAL MATERIALS AND INFORMATION**

Plaintiffs Orchid Island TRS, LLC ("Orchid Island") and Bimini Capital Management, Inc. ("Bimini") (collectively, "Plaintiffs") and Defendants IndyMac Bancorp, Inc. ("IndyMac") and IndyMac Bank, F.S.B. ("IndyMac Bank") (collectively, "Defendants") respectfully ask this Court to enter the Stipulated Protective Order Governing Confidential Materials and Information (the "Stipulated Protective Order") to which the parties have agreed.

In support of this Motion, the parties submit that they may seek certain discovery material from each other which one or more of the parties consider to be confidential and/or trade secrets and therefore are in need of protection from disclosure as permitted by the Stipulated Protective Order.

LEGAL02/30682919v1

WHEREFORE, the parties respectfully request that the Court enter the Stipulated Protective Order Governing Confidential Materials and Information, a copy of which is attached hereto as Exhibit A.

Respectfully submitted this 12th day of May, 2008.

> EDWARDS ANGELL PALMER & DODGE LLP
> 750 Lexington Avenue
> New York, NY
> (212) 308-4411
>
> and
>
> One Giralda Farms
> Madison, NJ 07940
> (973) 520-2300
>
>
> By: /s/ Kenneth J. Cesta
>     Robert Novack
>     Kenneth J. Cesta
>
> *Attorneys for Plaintiffs*
>
>
> ALSTON & BIRD LLP
> 90 Park Avenue
> New York, NY 10016-1387
> (212) 210-9400
>
> and
>
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, GA 30309-3424
> (404) 881-7000
>
>
> By: /s/ Michael E. Johnson
>     Michael E. Johnson
>     Erin L. Connolly
>
> *Attorneys for Defendants*