EDWARDS ANGELL PALMER & DODGE LLP
Robert Novack, Esq.
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
rnovack@eapdlaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ORCHID ISLAND TRS, LLC (formerly known as Opteum Financial Services, LLC) and BIMINI CAPITAL MANAGEMENT, INC. (formerly known as Opteum Inc.), | : : : : : | Civil Action No. 07-CIV- 9550 (LLS) |
| Plaintiffs, | : : | |
| v. | : | |
| INDYMAC BANCORP, INC., and INDYMAC BANK, F.S.B., | : : : | **ORDER** |
| Defendants. | : : | |

THIS MATTER having been brought to the Court by way of motion by plaintiffs Orchid Island TRS, LLC and Bimini Capital Management, Inc. ("Plaintiffs"), through their attorneys, Edwards Angell Palmer & Dodge LLP, for an Order granting Plaintiffs leave to file an Amended Complaint in this action; and the Court having considered Plaintiffs' application, and good cause having been shown;

IT IS on this _____ day of June, 2008, ORDERED as follows:

1.    Plaintiffs' motion is hereby granted.

2.    Plaintiffs are hereby granted leave to file and serve the Amended Complaint attached to Plaintiffs' Notice of Motion.

NWK 212489.1

3.    Plaintiffs shall file and serve the Amended Complaint within five (5) days of entry of this Order.

4.    A true copy of this Order shall be served on all counsel within five (5) days of the date of entry.

_____
Hon. Louis L. Stanton, U.S.D.J.

OPPOSED:_____

UNOPPOSED:_____

2

NWK 212489.1