

Stanton, T

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

EDWARDS ANGELL PALMER & DODGE LLP
Robert Novack (RN 4514)
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
 *and*
One Giralda Farms
Madison, NJ 07940
(973) 520-2300
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORCHID ISLAND TRS, LLC (formerly known as Opteum Financial Services, LLC) and BIMINI CAPITAL MANAGEMENT, INC. (formerly known as Opteum Inc.)<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC BANCORP, INC. and INDYMAC BANK, FSB,<br><br>Defendants. | 07 Civ. 9550 (LLS)<br><br><br><br><br>**STIPULATION AND ORDER** |

WHEREAS, Edwards Angell Palmer & Dodge LLP is counsel to plaintiffs in the above-captioned action; and

WHEREAS plaintiffs moved on May 28, 2008 for leave to amend their complaint in this action in the form annexed as Exhibit A to their Notice of Motion to add a claim against defendants pursuant to the Computer-Related Offenses Act N.J.S.A. 2A:38A-3; and

WHEREAS defendants have advised that they do not oppose plaintiffs' motion, subject to the right to answer or move in response to the amended complaint;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and between the attorneys for the undersigned parties in the above-captioned action, as follows:

(1) Plaintiffs are hereby granted leave to file and serve the amended complaint attached as Exhibit A to their May 28, 2008 Notice of Motion, subject to defendants' right to answer or move in response to the amended complaint;

(2) Plaintiffs shall file and serve the amended complaint within five (5) days of entry of this Order.

EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
- and -
One Giralda Farms
Madison, NJ 07940
*Attorneys for Plaintiffs*

By: _____
Robert Novack (RN 4514)
Kenneth Cesta (admitted *pro hac vice*)

ALSTON & BIRD, LLP
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Defendants*

By: _____
Michael E. Johnson (MJ 0299)

SO ORDERED:

Dated: June 25, 2008

_____
Hon. Louis L. Stanton, U.S.D.J.