UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORCHID ISLAND TRS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INDYMAC BANCORP, INC., et al. <br><br> Defendants. | **Civil Action No: 1:07-cv-09550-LLS** |

**CERTIFICATE OF SERVICE**

107923.1

I declare that I am over eighteen years of age and that I am not a party to this action. My business address is 1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067-6049.

On September 2, 2008, I served a true and correct copy of the following document on the parties indicated on the attached list by using the method indicated below:

## NOTICE OF FILING BANKRUPTCY

☒  **By First-Class Mail:** I am readily familiar with the business practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the documents listed above were deposited with the United States Postal Service in the ordinary course of business. Where mail service is indicated on the list below, I know that the above-referenced documents were placed into envelopes, the envelopes were sealed and addressed as set forth on the attached list and, with postage thereon fully prepaid, the envelopes were placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed at Los Angeles, California on September 2, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Pam Tham

107923.1

## SERVICE LIST

ATTORNEYS FOR PLAINTIFFS ORCHID ISLAND & BIMINI CAPITAL MANAGEMENT, INC.
MARY L. MOORE
EDWARDS ANGELL PALMER & DODGE LLP(NJ)
ONE GIRALDA FARMS
MADISON, NJ 07940

ATTORNEYS FOR PLAINTIFFS ORCHID ISLAND & BIMINI CAPITAL MANAGEMENT, INC.
ROBERT NOVACK
EDWARDS ANGELL PALMER & DODGE, LLP (NYC)
750 LEXINGTON AVENUE
NEW YORK, NY 10022

ATTORNEYS FOR DEFENDANT INDYMAC BANCORP, INC.
MICHAEL EDWARD JOHNSON
ALSTON & BIRD, LLP(NYC)
90 PARK AVENUE
NEW YORK, NY 10016

ATTORNEYS FOR DEFENDANT INDYMAC BANCORP, INC.
ERIN CONNOLLY
ALSTON & BIRD LLP
ONE ATLANTIC CENTER, 1201 WEST PEACHTREE STREET
ATLANTA, GA 30309

107923.1